**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 490 MAL 2018

            Respondent         :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

          v.                  :

                                 :

DARRELL JOHNSON,             :

                                 :

            Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.